## 34001. BRADLEY v. WILLIAMS.

PER CURIAM.

This is an appeal from a judgment of contempt for failure to pay child support. The appellant contends that the trial court erred in finding that a daughter had not become self-supporting.

The evidence supports the finding of the trial court. *Rowan v. Rowan,* 234 Ga. 317 (215 SE2d 681) (1975).

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 19, 1978 — DECIDED
OCTOBER 17, 1978.

*Shepard & Berenthien, Helen Berenthien,* for appellant.
*George E. Saliba,* for appellee.